**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|                                          |     |                                    |
| ---------------------------------------- | --- | ---------------------------------- |
| MARIANNA NASYROVA,                       | :   | **Civil Action No. 14-1269 (SRC)** |
|                         Plaintiff,       | :   | **ORDER**                          |
|                  v.                      | :   |                                    |
| IMMUNOMEDICS, INC., CYNTHIA L.           | :   |                                    |
| SULLIVAN, and GERARD G. GORMAN,          | :   |                                    |
|                         Defendants.      | :   |                                    |

**CHESLER**, District Judge

This matter having come before the Court on Defendants' motion to dismiss the Amended Class Action Complaint for Violations of Federal Securities Laws pursuant to Federal Rule of Civil Procedure 12(b)(6) [docket entry 14]; and Lead Plaintiff John Neff and Named Plaintiff John Robustello having opposed the motion; and the Court having considered the papers filed by the parties and, pursuant to Federal Rule of Civil Procedure 78, having opted to rule on the motion without oral argument; and for the reasons expressed in the Opinion filed herewith,

**IT IS** on this 28th day of January, 2015,

**ORDERED** that Defendants' motion to dismiss the Amended Class Action Complaint [docket entry 14] be and hereby is **GRANTED**; and it is further

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 12(b)(6), the Amended Class Action Complaint is **DISMISSED**; and it is further

1

**ORDERED** that, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiffs are given leave to file a further amended Complaint within 30 days of the date of this Order to cure the deficiencies discussed in the accompanying Opinion; and it is further

**ORDERED** that should Plaintiffs not file a further amended Complaint within the time provided, the Amended Class Action Complaint which is the subject of this motion shall be **DISMISSED WITH PREJUDICE**.

s/ Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge
